UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY KWOK,

        Plaintiff,

    v.

SOFIA CASTILLO and RAMON CASTILLO,

        Defendants.

Case No. 13-cv-03018-WHO

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. Nos. 2, 3, 6

    The Court has reviewed Magistrate Judge Paul G. Grewal's Report and Recommendation regarding whether this case should be dismissed for lack of subject-matter jurisdiction and whether Defendants should be granted leave to proceed *in forma pauperis*. No party has objected to the Report and Recommendation within 14 days as required by 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72.

    The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and ADOPTS it in every respect. Accordingly, the motion to proceed *in forma pauperis* is DENIED and this case shall be REMANDED to the Superior Court of California, County of Santa Clara.

**IT IS SO ORDERED.**

Dated: July 29, 2013

WILLIAM H. ORRICK
United States District Judge